# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130230

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TOWNSHIP OF BRIGHTON a/k/a
CHARTER TOWNSHIP OF BRIGHTON,
      Plaintiff-Appellee,

v

PATRICK J. CONELY d/b/a SUPERIOR
SANITATION and MARY E. CONELY,
      Defendants-Appellants.

SC: 130230
COA: 263881
Livingston CC: 99-017454-CZ

_____/

     On order of the Court, the application for leave to appeal the November 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

s0320

_____
Clerk